

# NUMBER 13-21-00324-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RDM REAL ESTATE LLC D/B/A
RDM INVESTMENTS,                                                      Appellant,

v.

JJJJ CONSTRUCTION, LLC,
FRANCISCO JAVIER BRAVO, AND
CIMA COMMERCIAL, LLC,                                                Appellees.

On appeal from the 103rd District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Hinojosa, Tijerina, and Silva**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's motion to dismiss appeal. Appellant requests the dismissal, as all matters in controversy have been resolved between the parties.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
17th day of February, 2022.